UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICKEY CHRISTMAS,

    Plaintiff,                                CASE NO.: 8:17-CV-1183-T-210SPF

v.

CORIZON HEALTH SERVICES, *et. al.*,

    Defendants.
_____/

## PROPOSED VERDICT FORM

Plaintiff Rickey Christmas, by and through his undersigned counsel, hereby submits this Joint Proposed Verdict Form for use at Trial pursuant to this Court's Case Management and Scheduling Order (Doc. 140). The Parties agree that the entire instructions shall be set forth separately as to each Defendant.

## VERDICT FORM

**As to Luis Rodriguez-Colon:**

We, the jury, unanimously find the following by a preponderance of the evidence:

**1.** That Luis Rodriguez-Colon intentionally committed acts that violated Rickey's Christmas's right under the Fourteenth Amendment by being deliberately indifferent to his serious medical needs?

    Answer Yes or No _____

If your answer is "No," this ends your deliberations as to Defendant Luis Rodriguez-Colon; skip the remaining questions as to Luis Rodriguez-Colon and proceed to answer the questions as to Margie Gomez. If your answer is "Yes," go to the next question.

**2.** That Luis Rodriguez-Colon's unconstitutional conduct caused Rickey Christmas to suffer more than a minimal physical injury?

Answer Yes or No _____

If your answer is "No," this ends your deliberations as to Luis Rodriguez-Colon, Rickey Christmas is awarded nominal damages in the amount of $1.00, and you should skip the remaining questions as to Luis Rodriguez-Colon and proceed to answer the questions as to Margie Gomez. If your answer is "Yes," go to the next question.

**3.** That Rickey Christmas should be awarded compensatory damages against Luis Rodriguez-Colon to compensate Rickey Christmas for physical and/or emotional injury?

Answer Yes or No _____

If your answer is "Yes," in what amount? $_____

If your answer is "No," this ends your deliberations as to Defendant Luis Rodriguez-Colon; skip the remaining question as to Luis Rodriguez-Colon and

proceed to answer the questions as to Margie Gomez. If your answer is "Yes," go to the next question.

    **4.** That Luis Rodriguez-Colon acted with malice or reckless indifference to Rickey Christmas's federally protected rights and that punitive damages should be assessed against Luis Rodriguez-Colon?

    Answer Yes or No _____

    If your answer is "Yes," in what amount? $_____

## **As to Margie Gomez:**

We, the jury, unanimously find the following by a preponderance of the evidence:

    **1.** That Margie Gomez intentionally committed acts that violated Rickey's Christmas's right under the Fourteenth Amendment by being deliberately indifferent to his serious medical needs?

    Answer Yes or No _____

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

    **2.** That Margie Gomez's unconstitutional conduct caused Rickey Christmas to suffer more than a minimal physical injury?

    Answer Yes or No _____

If your answer is "No," this ends your deliberations, Rickey Christmas is awarded nominal damages in the amount of $1.00, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

**3.** That Rickey Christmas should be awarded compensatory damages against Margie Gomez to compensate Rickey Christmas for physical and/or emotional injury?

Answer Yes or No _____

If your answer is "Yes," in what amount? $_____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

**4.** That Margie Gomez acted with malice or reckless indifference to Rickey Christmas's federally protected rights and that punitive damages should be assessed against Margie Gomez?

Answer Yes or No _____

If your answer is "Yes," in what amount? $_____

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: _____